**Order entered February 11, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00075-CR

**ROY JON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. W92-63805-L**

## ORDER

On January 23, 2015, we dismissed the appeal in this case for want of jurisdiction. The Court now has before it appellant's February 10, 2015 "Motion to Transfer Original Notice of Appeal, Appeal Brief, and Attached Exhibits" to the Clerk of the Texas Court of Criminal Appeals to have them "filed in this appeal." Appellant does not state that he has filed a petition for discretionary review, and the Texas Court of Criminal Appeals has neither notified the Court that a petition for discretionary review has been filed nor directed this Court to forward copies of the documents in this appeal. *See* TEX. R. APP. P. 68.7. Accordingly, we **DENY** appellant's motion to the extent that he asks the Court to transfer the documents to the Court of Criminal Appeals.

We **DIRECT** the Clerk of this Court to send appellant, by first-class mail, copies of his pro se brief and his notice of appeal, with all attachments, together with a copy of this order.

/s/     ELIZABETH LANG-MIERS
        JUSTICE